# U.S. District Court
## Southern District of Indiana (Indianapolis)
## CIVIL DOCKET FOR CASE #: 1:25–cv–00422–MPB–MG

SCOTT v. SWEETWATER SOUND INC
Assigned to: District Judge Matthew P. Brookman
Referred to: Magistrate Judge Mario Garcia
Cause: 42:12112 Americans with Disabilities Act – Employment Discrimination

Date Filed: 03/04/2025
Date Terminated: 05/19/2025
Jury Demand: Plaintiff
Nature of Suit: 445 Civil Rights: Americans with Disabilities – Employment
Jurisdiction: Federal Question

Discovery Deadline:
Dispositive Motion Deadline:

Settlement Conference:
Final Pretrial Conference:
Trial Date:

**Plaintiff**

**ARIANNA SCOTT**

represented by **ARIANNA SCOTT**
1445 Woodmont Lane NW #1065
Atlanta, GA 30318
404–919–2071
PRO SE

V.

**Defendant**

**SWEETWATER SOUND INC**

represented by **SWEETWATER SOUND INC**
.
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2025 | Ï 1 | COMPLAINT against SWEETWATER SOUND INC, filed by ARIANNA SCOTT. (No fee paid with this filing) (Attachments: # 1 Memorandum Of Allegations, # 2 Dismissal And Notice Of Rights, # 3 blank Civil Cover Sheet)(DJH) (Entered: 03/05/2025) |
| 03/04/2025 | Ï 2 | MOTION for Leave to Proceed in forma pauperis, filed by Plaintiff ARIANNA SCOTT. (DJH) (Entered: 03/05/2025) |
| 03/05/2025 | Ï 3 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (DJH) (Entered: 03/05/2025) |
| 03/05/2025 | Ï 4 | NOTICE to Pro se Litigant – The following information is provided to pro se litigants to inform them about rules and procedures governing how they communicate with the Court. (DJH) (Entered: 03/05/2025) |
| 03/05/2025 | Ï 5 | Notice to File Rule 7.1 Disclosure Statement. (KLS) (DJH) (Entered: 03/05/2025) |
| 04/01/2025 | Ï 6 | ORDER – Plaintiff filed this action against Defendant Sweetwater Sound Inc. in the Southern District of Indiana on March 4, 2025. (Docket No. 1 ). Venue for a civil action is proper under 28 U.S.C. § 1391(b)(1) in "a judicial district in which any defendant resides." Plaintiff therefore SHALL SHOW CAUSE by April 16, 2025, why this case should not be transferred to the Northern |

| | | District of Indiana. See 28 U.S.C. § 1404(a). Signed by District Judge Matthew P. Brookman on 4/1/2025. (See Order.) Copy mailed to Plaintiff. (BAA) (Entered: 04/01/2025) |
|---|---|---|
| 04/18/2025 | Ï 7 | RESPONSE re 6 Order to Show Cause, filed by Plaintiff ARIANNA SCOTT. (JSR) (Entered: 04/18/2025) |
| 04/24/2025 | Ï 8 | ORDER – This Court issued an Order on April 1, 2025, directing Plaintiff Arianna Scott to show cause why this case should not be transferred to the Northern District of Indiana. (Docket No. 6 ). Plaintiff argues that (1) the impact of Defendant Sweetwater Sound Inc.'s actions "were materially felt and continue to be endured in this district[,]" (2) compelling Plaintiff to travel to another judicial district would impose financial and logistical burdens, and (3) the discriminatory acts were not confined to the Northern District of Indiana. (Docket No. 7 at ECF p. 1) Plaintiff has until May 15, 2025, to file her supplemental response. Signed by District Judge Matthew P. Brookman on 4/24/2025. (See Order.) Copy mailed to Plaintiff. (BAA) (Entered: 04/24/2025) |
| 05/19/2025 | Ï 9 | CLOSED TRANSFER to the Northern District of Indiana – On April 24, 2025, this Court issued an Order directing Plaintiff Arianna Scott to file a supplemental response by May 15, 2025, demonstrating that at least one condition under Title VII and the Americans with Disabilities Act's venue provision is satisfied here. (Docket No. 8 ). The docket reflects that Plaintiff never filed a supplemental response. Therefore, this action is TRANSFERRED to the United States District Court for the Northern District of Indiana, at Fort Wayne. Signed by District Judge Matthew P. Brookman on 5/19/2025. Copy to Plaintiff via US mail. (JSR) (Entered: 05/19/2025) |
| 05/19/2025 | Ï 10 | Transfer Letter to Clerk of the Northern District of Indiana, Fort Wayne Division. Case transferred electronically to Northern District of Indiana on 5/19/2025. (JSR) (Entered: 05/19/2025) |

**SCOTT v. SWEETWATER SOUND INC (1:25–cv–00422–MPB–MG)**